CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00219-DLF-1

Case title: USA v. DUONG et al

Date Filed: 07/07/2023

Magistrate judge case number: 1:23-mj-00127-MAU

---

Assigned to: Judge Dabney L. Friedrich

### Defendant (1)

**LONG DUONG**  
*also known as*  
JIMMY HOANG DUONG

represented by **Andrew P. Giering**  
FEDERAL PUBLIC DEFENDER'S OFFICE  
10 Columbus Boulevard  
Suite 6th Floor  
Hartford, CT 06106-1976  
860-493-6260  
Fax: 860-493-6269  
Email: andrew_giering@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts

18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building.  
(1)

### Disposition

Defendant sentenced to thirty-six (36) months of probation, $500 restitution and $25 special assessment

**Highest Offense Level (Opening)**

Petty Offense

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building.<br>(2) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds.<br>(3) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building.<br>(4) | DISMISSED AT THE REQUEST OF THE GOVERNMENT |

**Highest Offense Level (Terminated)**

Misdemeanor

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINTS in VIOLATION of 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Melanie Lieselotte Krebs-Pilotti**<br>DOJ-ATR |

U.S. Department of Justice
450 5th Street NW
Suite 11008
Washington, DC 20530
202-307-0662
Email: melanie.krebs-pilotti2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2023 | 1 | COMPLAINT as to LONG DUONG (1), JULIE MILLER (2). (Attachments: # 1 Statement of Facts) (zltp) [1:23-mj-00127-MAU] (Entered: 06/13/2023) |
| 06/12/2023 | 3 | MOTION to Seal Case by USA as to LONG DUONG, JULIE MILLER. (Attachments: # 1 Text of Proposed Order)(zltp) [1:23-mj-00127-MAU] (Entered: 06/13/2023) |
| 06/12/2023 | 4 | ORDER granting 3 Motion to Seal Case as to LONG DUONG (1), JULIE MILLER (2). Signed by Magistrate Judge Moxila A. Upadhyaya on 6/12/2023. (zltp) [1:23-mj-00127-MAU] (Entered: 06/13/2023) |
| 06/15/2023 | 5 | Arrest Warrant, dated 6/12/2023, Returned Executed on 6/13/2023 as to LONG DUONG. (zltp) [1:23-mj-00127-MAU] (Entered: 06/15/2023) |
| 06/15/2023 |   | Arrest of LONG DUONG in Massachusetts. (zltp) [1:23-mj-00127-MAU] (Entered: 06/15/2023) |
| 06/15/2023 |   | Case unsealed as to LONG DUONG, JULIE MILLER (zltp) [1:23-mj-00127-MAU] (Entered: 06/15/2023) |
| 06/22/2023 |   | MINUTE ORDER as to LONG DUONG (1) and JULIE MILLER (2): It is hereby ORDERED that the Defendants appear for an initial appearance on 7/11/2023 at 1:00 p.m. before Magistrate Judge Zia M. Faruqui. The hearing will be conducted by video teleconference; call-in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendants have received this Order and will provide the information to Defendants. If the Defendants do not have counsel, |

| | | |
|---|---|---|
| | | counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202-354-3173. So Ordered by Magistrate Judge G. Michael Harvey on 6/22/2023. (bb) [1:23-mj-00127-MAU] (Entered: 06/22/2023) |
| 07/07/2023 | 7 | INFORMATION as to LONG DUONG (1) count(s) 1, 2, 3, 4, JULIE MILLER (2) count(s) 1, 2, 3, 4. (zhsj) (Entered: 07/11/2023) |
| 07/11/2023 | | MINUTE ORDER as to LONG DUONG: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge Zia M. Faruqui on 7/11/2023. (ztl) (Entered: 07/11/2023) |
| 07/11/2023 | | ORAL MOTION to Appoint Counsel by LONG DUONG (1). (ztl) (Entered: 07/12/2023) |
| 07/11/2023 | | ORAL MOTION for Speedy Trial by USA as to LONG DUONG (1). (ztl) (Entered: 07/12/2023) |
| 07/11/2023 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: First Appearance in the District as to LONG DUONG (1) held on 7/11/2023. The Court Advised the Government of its Due Process Obligations under Rule 5(f). Oral Motion to Appoint Counsel as to LONG DUONG (1); heard and granted. Oral Motion by the Government for Speedy Trial as to LONG DUONG (1); heard and granted. Speedy Trial Excluded from 7/11/2023 to 9/26/2023 in the Interest of Justice (XT). Defendant Waives the Right to a Preliminary Hearing. Status Hearing set for 9/26/2023 at 1:00 PM by Telephonic/VTC before Magistrate Judge Moxila A. Upadhyaya. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR-GOLD; FTR Time Frame: Ctrm 4: [2:04:29-2:13:26]; Defense Attorney: Fred Yette for Melanie Liesellotte Krebs-Pilotti; US Attorney: Andrew Giering; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 07/12/2023) |
| 07/11/2023 | 9 | ORDER Setting Conditions of Release as to LONG DUONG (1) Personal Recognizance Signed by Magistrate Judge Zia M. Faruqui on 7/11/2023. (Attachment: # 1 Appearance Bond) (znjb) (Entered: 07/12/2023) |

| | | |
|---|---|---|
| 07/13/2023 | | MINUTE ORDER: The hearing currently scheduled for 9/26/2023 before Magistrate Judge Moxila A. Upadhyaya is hereby VACATED, as LONG DUONG (1): has had an initial appearance in this jurisdiction and has been charged by Information. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Zia M. Faruqui on 7/13/2023. (znjb) (Entered: 07/13/2023) |
| 07/13/2023 | | Terminate Deadlines and Hearings as to LONG DUONG (1): Status Hearing set for 9/26/2023 at 1:00 PM by Telephonic/VTC before Magistrate Judge Moxila A. Upadhyaya is hereby VACATED. (znjb) (Entered: 07/13/2023) |
| 07/14/2023 | 11 | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to LONG DUONG, JULIE MILLER. (Attachments: # 1 Text of Proposed Order Protective Order)(Krebs-Pilotti, Melanie) (Entered: 07/14/2023) |
| 07/14/2023 | 12 | Unopposed MOTION for Disclosure *6(e) and Sealed Materials* by USA as to LONG DUONG, JULIE MILLER. (Krebs-Pilotti, Melanie) (Entered: 07/14/2023) |
| 07/24/2023 | | NOTICE OF HEARING as to LONG DUONG (1), JULIE MILLER (2) Arraignment set for 7/31/2023 at 11:30 AM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 07/24/2023) |
| 07/25/2023 | 15 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE: Andrew P. Giering appearing for LONG DUONG (Giering, Andrew) Modified on 7/26/2023 (zhsj). (Entered: 07/25/2023) |
| 07/25/2023 | | NOTICE OF ERROR as to LONG DUONG regarding 15 Notice of Attorney Appearance - Defendant. The following error(s) need correction: Incorrect Form Used from another Court-correspondence is not permitted (LCrR 49(f)(4)). Please refile using U.S D.C. from the District of Columbia. (zhsj) (Entered: 07/26/2023) |
| 07/26/2023 | 16 | NOTICE OF ATTORNEY APPEARANCE: Andrew P. Giering appearing for LONG DUONG (Giering, Andrew) (Entered: 07/26/2023) |

| | | |
|---|---|---|
| 07/27/2023 | | NOTICE OF HEARING as to LONG DUONG (1), JULIE MILLER (2). Arraignment set for 7/31/2023 at 11:30 AM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 07/27/2023) |
| 07/31/2023 | | MINUTE ORDER. Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So Ordered by Judge Dabney L. Friedrich on July 31, 2023. (lcdlf1) (Entered: 07/31/2023) |
| 07/31/2023 | | Minute Entry for Status Hearing and Arraignment as to LONG DUONG (1) on Counts 1,2,3,4 and JULIE MILLER (2) on Counts 1,2,3,4 held on 7/31/2023 before Judge Dabney L. Friedrich. Speedy Trial Excludable (XT) started 7/31/2023 through 9/25/2023 in the interest of justice as to LONG DUONG (1) and JULIE MILLER (2). Not Guilty Plea entered as to LONG DUONG (1) and JULIE MILLER (2) on all counts. Status Conference set for 9/25/2023 at 1:00 PM via video before Judge Dabney L. Friedrich. Bond Status of Defendant: Both defendants on Personal Recognizance; Court Reporter: Sara Wick; Defense Attorney: 1-Andrew P. Giering 2-Timothy G. Watkins; US Attorney: Melanie Lieselotte Krebs-Pilotti. (zjch, ) (Entered: 07/31/2023) |
| 07/31/2023 | 18 | ORDER granting the government's 11 unopposed Motion for a Protective Order Governing Discovery as to LONG DUONG and JULIE MILLER. See text for details. Signed by Judge Dabney L. Friedrich on July 31, 2023. (Entered: 07/31/2023) |
| 07/31/2023 | | MINUTE ORDER as to LONG DUONG and JULIE MILLER. Upon consideration of the government's 12 motion permitting disclosure, the motion is GRANTED. It is ORDERED that the government may provide materials protected by Federal Rule of Criminal Procedure 6(e) in discovery and that the United States may provide in discovery sealed materials (pursuant to the previously entered protective order). It is further ORDERED that this order shall also apply to the disclosure of materials described above to any co-defendants who may later be joined. So Ordered by Judge Dabney L. Friedrich on July 31, 2023. (lcdlf1) (Entered: 07/31/2023) |

| | | |
|---|---|---|
| 07/31/2023 | 19 | NOTICE *of Filing of Discovery Status Memoranda* by USA as to LONG DUONG, JULIE MILLER (Krebs-Pilotti, Melanie) (Entered: 07/31/2023) |
| 07/31/2023 | | MINUTE ORDER as to LONG DUONG and JULIE MILLER. For the reasons stated in today's hearing, including the need for the government to produce discovery to the defense, the Court finds that the "ends of justice... outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendant, the time from July 31, 2023 to September 25, 2023 shall be excluded in computing the date for a speedy trial in this case. So Ordered by Judge Dabney L. Friedrich on July 31, 2023. (lcdlf1) (Entered: 07/31/2023) |
| 09/17/2023 | 20 | Unopposed MOTION to Continue *Status Hearing and Exclude Time under STA* by USA as to LONG DUONG, JULIE MILLER. (Krebs-Pilotti, Melanie) (Entered: 09/17/2023) |
| 09/18/2023 | | MINUTE ORDER as to LONG DUONG (1), JULIE MILLER (2). Upon consideration of the United States' 20 Unopposed Motion to Continue, the motion is GRANTED. The parties shall contact the Courtroom Deputy to schedule a status conference during the weeks of October 23 or October 30, 2023. If the case does not resolve at or before the next status conference, the parties shall be prepared to set a briefing schedule for pretrial motions, a pretrial conference, and January 2024 trial date.<br><br>Additionally, for the reasons described in the government's motion, including the need for the parties to share and review discovery and discuss the terms of a potential plea, and for the defense to determine how best to defend this case, the Court finds that the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act and with the consent of the defendants, the time from September 25, 2023 through November 3, 2023 shall be excluded in computing the date for a speedy trial in this case.<br><br>So Ordered by Judge Dabney L. Friedrich on September 18, 2023. (lcdlf1) (Entered: 09/18/2023) |
| 09/21/2023 | | NOTICE OF HEARING as to LONG DUONG (1), JULIE MILLER (2). Status Conference set for 11/7/2023 at 1:00 PM via |

| | | |
|---|---|---|
| | | video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 09/21/2023) |
| 11/02/2023 | | MINUTE ORDER as to LONG DUONG (1), JULIE MILLER (2). The parties have informed the Court that the defendants in this case have accepted plea offers extended by the government. Accordingly, the status conference scheduled for November 7, 2023 is converted into a change-of-plea hearing. The hearing will remain by videoconference. So Ordered by Judge Dabney L. Friedrich on November 2, 2023. (lcdlf1) (Entered: 11/02/2023) |
| 11/02/2023 | | Set/Reset Hearings as to LONG DUONG (1), JULIE MILLER (2). Plea Agreement Hearing set for 11/7/2023 at 1:30 PM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 11/02/2023) |
| 11/07/2023 | | Minute Entry for Plea Agreement Hearing as to LONG DUONG (1) and JULIE MILLER (2) held on 11/7/2023 before Judge Dabney L. Friedrich. Guilty Plea entered by LONG DUONG (1) as to Count 1 and JULIE MILLER (2) as to Count 1. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to LONG DUONG (1) and JULIE MILLER (2). Responses to Sentencing due by 2/15/2024. Sentencing Memorandum due by 2/12/2024. Sentencing set for 2/26/2024 at 10:00 AM in Courtroom 14- In Person before Judge Dabney L. Friedrich. Bond Status of Defendant: Both defendants Personal Recognizance; Court Reporter: Sara Wick. Defense Attorney: 1-Andrew Giering, 2-Timothy Watkins. (zjch, ) (Entered: 11/07/2023) |
| 11/07/2023 | 23 | PLEA AGREEMENT as to LONG DUONG (1). (zjch, ) (Entered: 11/07/2023) |
| 11/07/2023 | 25 | STATEMENT OF OFFENSE by USA, LONG DUONG (1) as to LONG DUONG (1). (zjch, ) (Entered: 11/07/2023) |
| 11/07/2023 | | MINUTE ORDER as to LONG DUONG (1), JULIE MILLER (2). Consistent with the discussion at today's hearing, a sentencing hearing is set for February 26, 2024 at 10:00 a.m. in Courtroom 14. Sentencing memoranda shall be due on or before February 12, 2024; responses to memoranda, if necessary, shall be due on or before February 15, 2024. So Ordered by Judge Dabney L. Friedrich on November 7, 2023. (lcdlf1) (Entered: 11/07/2023) |
| 01/05/2024 | 27 | Consent MOTION to Continue *Sentencing Schedule* by LONG DUONG. (Giering, Andrew) (Entered: 01/05/2024) |

| | | |
|---|---|---|
| 01/08/2024 | | MINUTE ORDER as to LONG DUONG (1), JULIE MILLER (2). The defendant's 27 Motion to Continue is GRANTED. The sentencing hearing scheduled for February 26, 2024 at 10:00 am is CONTINUED to April 26, 2024 at 10:00 am. Sentencing memoranda shall be due on or before April 10, 2024; responses to memoranda, if necessary, shall be due on or before April 15, 2024. The Court will sentence both defendants in the same proceeding. So Ordered by Judge Dabney L. Friedrich on January 8, 2024. (lcdlf1) Modified to correct April date on 1/9/2024 (zjch, ). (Entered: 01/08/2024) |
| 01/09/2024 | | Set/Reset Deadlines/Hearings as to LONG DUONG (1), JULIE MILLER (2). Responses to Sentencing due by 4/15/2024. Sentencing Memorandum due by 4/10/2024. Sentencing set for 4/26/2024 at 10:00 AM in Courtroom 14- In Person before Judge Dabney L. Friedrich. (zjch, ) (Entered: 01/11/2024) |
| 04/04/2024 | | NOTICE OF HEARING as to LONG DUONG (1), JULIE MILLER (2). Sentencing set for 4/26/2024 at 10:00 AM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 04/04/2024) |
| 04/05/2024 | 34 | Unopposed MOTION to Modify Conditions of Release by LONG DUONG, JULIE MILLER. (Watkins, Timothy) (Entered: 04/05/2024) |
| 04/10/2024 | | MINUTE ORDER as to LONG DUONG (1), JULIE MILLER (2). Upon consideration of the defendants' unopposed 34 Motion, the motion is GRANTED. The defendants may speak to one another outside the presence of counsel. So Ordered by Judge Dabney L. Friedrich on April 10, 2024. (lcdlf1) (Entered: 04/10/2024) |
| 04/10/2024 | 35 | SENTENCING MEMORANDUM by USA as to LONG DUONG, JULIE MILLER (Attachments: # 1 Notice to Counsel/Party Notice of Filing of Video Exhibits)(Krebs-Pilotti, Melanie) (Entered: 04/10/2024) |
| 04/10/2024 | 37 | SENTENCING MEMORANDUM by LONG DUONG (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Giering, Andrew) (Entered: 04/10/2024) |
| 04/15/2024 | 40 | Unopposed MOTION for Extension of Time to File Response/Reply *to Government's Sentencing Memorandum* by JULIE MILLER as to LONG DUONG, JULIE MILLER. (Watkins, Timothy) (Entered: 04/15/2024) |

| | | |
|---|---|---|
| 04/15/2024 | 41 | SENTENCING MEMORANDUM by LONG DUONG (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K)(Giering, Andrew) (Entered: 04/15/2024) |
| 04/24/2024 | | NOTICE OF HEARING as to LONG DUONG (1), JULIE MILLER (2). Sentencing set for 4/26/2024 at 10:00 AM via video before Judge Dabney L. Friedrich. (zjch, ) (Entered: 04/24/2024) |
| 04/26/2024 | | Minute Entry for Sentencing held on 4/26/2024 as to LONG DUONG (1) and JULIE MILLER (2) on Count 1 before Judge Dabney L. Friedrich. Each Defendant sentenced to thirty-six (36) months of probation, $500 restitution and $25 special assessment. Bond Status of Defendant: Personal Recognizance; Court Reporter: Sara Wick; Defense Attorney: 1-Andrew Giering, 2-Timothy Watkins; US Attorney: Melanie Lieselotte Krebs-Pilotti; Prob Officer: Crystal Lustig. (zjch, ) (Entered: 04/26/2024) |
| 04/29/2024 | 47 | JUDGMENT as to LONG DUONG. Statement of Reasons Not Included. Signed by Judge Dabney L. Friedrich on 04/29/2024. (zljn) (Entered: 04/30/2024) |
| 04/29/2024 | 48 | STATEMENT OF REASONS as to LONG DUONG re 47 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Dabney L. Friedrich on 04/29/2024. (zljn) (Entered: 04/30/2024) |